# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Nos. 4:15-CR-460 HEA |
| ) | |
| DANIEL KEITH STEELE, ) | |
| ) | |
| Defendant. ) | |

## OPINION, MEMORANDUM AND ORDER

This case is before the Court on Defendant's *pro se* Motion for Compassionate Release under 18 U.S.C. § 3582(c)(1)(A)(i), [Doc. No. 121] and the addenda thereto filed by counsel, [Doc. No.'s 123 & 130]. The United States moved for extensions of time to respond to Defendant's Motion but ultimately did not file a response. On September 17, 2019, counsel for Defendant filed a Notice with the Court stating that Defendant had been released from the United States Penitentiary in Marion, Illinois to home confinement.

At the time of his first Motion for Compassionate Release, May 28, 2020, Defendant was incarcerated at USP Marion Satellite Camp as a result of his 2017 convictions for Mail Fraud and Wire Fraud. Defendant filed his *pro se* motion for compassionate release due to the COVID-19 pandemic, the purported inability of the BOP to protect the health and safety of inmates in its care, his age, 60, and

medical conditions1  that increase his likelihood of severe complications from the COVID-19 virus, his rehabilitative efforts while in the BOP, and that he is not a danger to others or the community if granted a compassionate release.

On August 11, 2020, counsel for Defendant filed a Second Supplement to Defendant's Motion informing the Court that Defendant had tested positive for COVID-19 and was placed in quarantine at USP Marion on August 2. As noted at the outset of this Order, on September 17, 2019, counsel for Defendant filed a Notice stating that Defendant had been released from USP Marion to home confinement. Indeed, the BOP's website also reflects that Defendant is currently located at St. Louis RRM in St. Louis, Missouri. *Find an inmate*, FEDERAL BUREAU OF PRISONS, https://www.bop.gov/inmateloc/ (perform search by BOP Register Number "43054-044") (last visited February 4, 2021). Defendant's release from USP Marion, the correctional facility that was the subject of his Motion, to home confinement, renders his Motion moot.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motions for Compassionate Release, [Doc. No. 121] and the Supplements thereto, [Doc. No.'s 123 in Case. No.

---

1 Defendant's relevant medical conditions include: hypertension, hyperlipidemia, disorder of the prostate, neuropathy, heart tissue with bigeminy PAC and several episodes of chest pain, compromised immune system from years of chronic inflammation and use of prescribed steroids, painful abdominal lipoma, diverticulosis, colitis, breathing issues including sleep apnea and low oxygen.

4:16-CR-281], are **denied** as moot.

Dated this 4th day of February, 2021.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE

3